UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
|   : | 3:16-CR-130 |
| **v.** : | |
|   : | (JUDGE MANNION) |
| **TREVON JACKSON,** : | |
|   **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Jackson's fourth Motion for Compassionate Release because of the COVID-19 pandemic, **(Doc. 61)**, under §3582(c)(1)(A)(i), is **DENIED ON ITS MERITS**.

2. Insofar as Jackson is challenging any decision by the BOP that he is not eligible for home confinement designation under the CARES Act, his motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

3. Jackson's emergency request for a hearing regarding his instant motion, **(Doc. 67)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 14, 2020**
16-130-02-ORDER