# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

:  **3:16-CR-130**

:

    **v.**

:  **(JUDGE MANNION)**

**TREVON JACKSON,** :

    **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Jackson's motion for reconsideration of the court's denial of his motion for compassionate release under §3582(c)(1)(A)(i), **(Doc. 70)**, is **DENIED**.

2. Jackson's requests for a hearing regarding his instant motion, and for appointment of counsel, **(Doc. 72)**, are **DENIED**.

                                 s/ *Malachy E. Mannion*
                                 **MALACHY E. MANNION**
                                 **United States District Judge**

**Dated: October 30, 2020**
16-130-03-ORDER